UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| SANDRA HEWETT BROOKS )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>)<br>NORTH CAROLINA DEPARTMENT )<br>HEALTH AND HUMAN SERVICES )<br>SECRETARY, and GRANVILLE )<br>COUNTY BOARD OF COMMISSIONERS)<br>        Defendants. ) | **JUDGMENT**<br><br>No. 7:19-CV-195-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motion to dismiss and plaintiff's motion to amend her complaint.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's orders entered May 12, 2020 and July 16, 2020, and for the reasons set forth more specifically therein, defendants' motion to dismiss is GRANTED and Plaintiff's motion to amend is DENIED. Plaintiff's § 1983 and § 1986 claims are DISMISSED WITH PREJUDICE. Plaintiff's state law claims are DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction.

**This Judgment Filed and Entered on July 16, 2020, and Copies To:**
Ira Braswell, IV  (via CM/ECF Notice of Electronic Filing)
H. Stephen Robinson (via CM/ECF Notice of Electronic Filing)

July 16, 2020                   PETER A. MOORE, JR., CLERK

                                      /s/ Sandra K. Collins
                                   (By) Sandra K. Collins, Deputy Clerk